IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA,
*ex rel.* BOBBY L. MAXWELL,

    Plaintiff,

v.

KERR-McGEE CHEMICAL WORLDWIDE, LLC,
f/k/a KERR-McGEE OPERATING CORPORATION,
f/k/a KERR-McGEE CORPORATION, a Delaware corporation;
KERR Mc-GEE OIL & GAS CORPORATION, a Delaware corporation;
KERR-McGEE WORLDWIDE CORPORATION, a Delaware corporation;
KERR-McGEE CORPORATION,
f/k/a KERR-McGEE HOLDCO, a Delaware corporation;

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that parties' Joint Motion for Modification of Discovery Deadlines and Deferment of Settlement Conference, per Joint Stipulation (filed November 8, 2005; *doc. no. 53-1*) is **GRANTED**. It is further

**ORDERED** that the scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **December 21, 2005** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **February 13, 2006** |
| Service for Interrogatories and Requests for Production | **January 17, 2006** |
| Discovery cut-off | **February 21, 2006** |

| | |
|---|---|
| Dispositive motion deadline | **March 22, 2006** |
| Response(s) to contention interrogatories due | **December 5, 2005** |
| Relator's responses to Defendants' Second Set of Interrogatories due | **November 17, 2005** |
| Settlement conference | **February 21, 2006, at 1:30 p.m.** |
| Updated settlement statements due | **February 14, 2006** |
| Final pretrial conference | **July 31, 2006, at 9:15 a.m.** |
| Proposed final pretrial order due | **July 24, 2006** |

**DATED:**     November 9, 2005