IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA,
*ex rel.* BOBBY L. MAXWELL,

      Plaintiff,

v.

KERR-McGEE CHEMICAL WORLDWIDE, LLC,
f/k/a KERR-McGEE OPERATING CORPORATION,
f/k/a KERR-McGEE CORPORATION, a Delaware corporation;
KERR Mc-GEE OIL & GAS CORPORATION, a Delaware corporation;
KERR-McGEE WORLDWIDE CORPORATION, a Delaware corporation;
KERR-McGEE CORPORATION,
f/k/a KERR-McGEE HOLDCO, a Delaware corporation;

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER is before the court on Defendants' Status Report Concerning Motion to Compel and Motion to Hold Motion to Compel in Abeyance or in the Alternative Deny It Without Prejudice to Refile (filed February 15, 2006; *doc. no. 86*). Based upon representations made in the foregoing document, the court will treat it as a motion to withdraw. Therefore, it is hereby

      **ORDERED** that Defendants Motion to Compel (filed January 3, 2006; *doc. no. 63*) is **DENIED**, without prejudice and with leave to refile.

**DATED:**      February 16, 2006