IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
BOBBY MAXWELL,

    Plaintiffs,

v.

KERR-McGEE CHEMICAL WORLDWIDE, LLC, f/k/a Kerr-McGee Operating Corporation, f/k/a Kerr-McGee Corporation, a Delaware corporation;
KERR-McGEE OIL & GAS CORPORATION, a Delaware corporation;
KERR-McGEE WORLDWIDE CORPORATION, a Delaware corporation; and
KERR-McGEE CORPORATION, f/k/a Kerr-McGee HoldCo, a Delaware corporation,

    Defendants.

## ORDER TO VACATE TRIAL DATES

The Court hereby ORDERS that this case is stayed indefinitely, pending the conclusion of the appeal of this matter, filed in the Tenth Circuit on October 16, 2006. In light of the appeal, the final trial preparation conference set for November 16, 2006 and the ten-day jury trial set to commence on November 27, 2006 are VACATED. If this case is remanded by the Tenth Circuit, this Court may set a status conference at which a new trial date will be set, if necessary.

    DATED: October 23, 2006

                                                                    BY THE COURT:

                                                                    *s/ Phillip S. Figa*
                                                                    _____
                                                                    Phillip S. Figa
                                                                    United States District Judge