IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
BOBBY MAXWELL,

      Plaintiffs,

v.

KERR-McGEE CHEMICAL WORLDWIDE, LLC, f/k/a Kerr-McGee Operating Corporation, f/k/a Kerr-McGee Corporation, a Delaware corporation;
KERR-McGEE OIL & GAS CORPORATION, a Delaware corporation;
KERR-McGEE WORLDWIDE CORPORATION, a Delaware corporation; and
KERR-McGEE CORPORATION, f/k/a Kerr-McGee HoldCo, a Delaware corporation,

      Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Notice of Status of Proposed Interlocutory Appeal (Dkt. # 141), filed November 8, 2006, indicating that the Tenth Circuit has denied Defendants' Petition for Permission to Appeal. It is hereby ORDERED that a status and scheduling conference shall be held on Monday, November 13, 2006 at 10:00 a.m. to discuss reinstatement of trial dates and the final

trial preparation conference date and whether or not the case can be tried as originally scheduled.

    DATED: November 8, 2006.

                          BY THE COURT:

                          *s/ Phillip S. Figa*
                          Phillip S. Figa
                          United States District Judge