**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-01224-PSF-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 7, 2006** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michael S. Porter |
| *ex rel.* BOBBY MAXWELL, | Richard C. LaFond |
| | Lisa Christian |
| **Plaintiff,** | Peter Wechsler |
| v. | |
| KERR-MCGEE CHEMICAL WORLDWIDE, LLC, | Gregory E. Goldberg |
| f/k/a KERR-MCGEE OPERATING CORPORATION, | Danielle R. Voorhees |
| f/k/a KERR-MCGEE CORPORATION, | |
| a Delaware corporation, et al., | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:       10:03 a.m.**
Court calls case.  Appearance of counsel.

Counsel present arguments regarding Kerr-McGee's Motion to Compel the U.S. Department of the Interior to Provide Testimony of Lucy Querques Denett dated November 17, 2006 (doc. 145).

**ORDERED:   Kerr-McGee's Motion to Compel the U.S. Department of the Interior to Provide Testimony of Lucy Querques Denett dated November 17, 2006 (doc. 145) is denied for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess**:       **10:39 a.m.**
Total   In-Court Time:      00:36