IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
BOBBY MAXWELL,

    Plaintiffs,

v.

KERR-McGEE CHEMICAL WORLDWIDE, LLC, f/k/a Kerr-McGee Operating Corporation, f/k/a Kerr-McGee Corporation, a Delaware corporation;
KERR-McGEE OIL & GAS CORPORATION, a Delaware corporation;
KERR-McGEE WORLDWIDE CORPORATION, a Delaware corporation; and
KERR-McGEE CORPORATION, f/k/a Kerr-McGee HoldCo, a Delaware corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendants' Unopposed Motion to Amend Final Pretrial Order (Dkt. # 158) is GRANTED.  The Court hereby ORDERS that Jim Bortmess and John Munsch are designated as may-call witnesses for the defendants and are no longer designated as will-call witnesses.

    DATED: December 28, 2006