**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez | Date: January 16, 2007 |

Civil Action No. 04-cv-01224-PSF-CBS

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>BOBBY MAXWELL, | Richard LaFond<br>Michael Porter<br>Danielle Rash |
|     Plaintiffs, | |
| v. | |
| KERR-McGEE CHEMICAL WORLDWIDE, LLC,<br>f/k/a Kerr-McGee Operating Corporation,<br>f/k/a Kerr-McGee Corporation, a Delaware<br>corporation;<br>KERR-McGEE OIL & GAS CORPORATION, a<br>Delaware corporation;<br>KERR-McGEE WORLDWIDE CORPORATION,<br>a Delaware corporation; and<br>KERR-McGEE CORPORATION,<br>f/k/a Kerr-McGee HoldCo, a Delaware<br>corporation, | Scott Barker<br>Gregory Goldberg<br>Danielle Voorhees |
|     Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Jury Trial Day One

**9:00 a.m.    Court in session.**

Also present: Plaintiff Bobby Maxwell and Defendant Client Representative Andy Houser.

**ORDER:**    Relator's First Motion *in Limine* **(154)**:

        II - **Granted.**
        III - **Denied.**
        IV - **Granted.**
        V - **Granted.**

**ORDER:** Defendants' Motion to Admit Declaration of Lucy Querques Denett or, in the Alternative, Overrule the Magistrate Judge's Denial of Defendants' Motion to Compel Denett's Testimony at Trial **(157)** is **granted** in part and **denied** in part. The Denett declaration may not be an exhibit but may be read into the record. Denied as to overruling the Magistrate Judge's ruling.

**ORDER:** Defendants' Unopposed Second Motion *in Limine* to Exclude Undisclosed Evidence or Opinions **(159)** is **granted.**

**ORDER:** Defendants' Third Motion *in Limine* to Exclude any Undisclosed Evidence or Opinions **(161)** is **granted.**

**ORDER:** Defendants' Fourth Motion *in Limine* to Exclude Certain Expert Testimony **(163)** is **denied without prejudice.**

**ORDER:** Defendants' Fifth Motion *in Limine* to Exclude Evidence of Prior Claims and Settlement **(164)** is **granted.**

**ORDER:** Defendants' Sixth Motion *in Limine* to Exclude Certain Opinions Regarding MMS **(165)** is **granted** in part and **denied** in part. Granted as to retaliation. Denied without prejudice as to the policies of the MMS.

**ORDER:** Defendants' Seventh Motion *in Limine* to Exclude Testimony Regarding Hypothetical MMS Actions **(166)** is **granted.**

**10:21 a.m.**   **Court in recess.**
**10:38 a.m.**   **Court in session.**

Jury *voir dire*.

**12:12 p.m.**   **Court in recess.**
**1:37 p.m.**   **Court in session.**

Continued jury *voir dire*.

**Jurors excused by the plaintiff:** 97858, 102829, 86642.

**Jurors excused by the defendants:** 120058, 109618, 97753.

**Jurors seated:** 108790, 100268, 82588, 91550, 1491, 101151, 112552, 113016, 111848, 83437, 113713, 114979.

Plaintiff opening statement.

**3:25 p.m.**     **Court in recess.**
**3:48 p.m.**     **Court in session.**

**ORDER:**     Defendants' Oral Motion for Mistrial is **denied.**

Defendants' opening statement.

**Witness sworn for plaintiff: BOBBY MAXWELL:**
4:28 p.m.     Direct examination by Mr. Porter.
**Exhibits received:** 2, 3, 41, 5.
**5:22 p.m.**     Witness excused with direction to return January 17, 2007 for continued examination.

**ORDER:**     Jurors excused with direction to return January 17, 2007, at 9:00 a.m.

**Exhibits received by stipulation:**     1, 4, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19 20, 21, 22, 23, 24, 25, 27, 28, 30, 32, 33, 34, 35, 36, 37, 38, 39, 41, 42, 43, 44, 47, 49, 50, 51, 53, 54, 55, 56, 58, 60, 64A, 64B, 64C, 66, 68, 70, 73, 76, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 93, 95, 96, 97, 99, 101, 102, 103, 104, 105, 107, 108, 109, 111, 112, 113, 114, 119, 123, 124, 131, 154, 156, 171, 172, 173, 174, 175, 176, 177, 178 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 231, 300, 301, 302, 303, 304, 305, 306, 306, 307, 308, 309, 310, 311, 312, 314, 315, 316, 317, 318, 319, 320, 321, 323, 327, 329, 331, 332, 333, 334, 335, 336, 337.

**5:28 p.m.     Court in recess/hearing continued.**

Total in-court time: 6:23