**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes          Date: January 17, 2007
Court Reporter: Darlene Martinez

Civil Action No. 04-cv-01224-PSF-CBS

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>BOBBY MAXWELL, | Richard LaFond<br>Michael Porter<br>Danielle Rash |
|     Plaintiffs, | |
| v. | |
| KERR-McGEE CHEMICAL WORLDWIDE, LLC,<br>f/k/a Kerr-McGee Operating Corporation,<br>f/k/a Kerr-McGee Corporation, a Delaware<br>corporation;<br>KERR-McGEE OIL & GAS CORPORATION, a<br>Delaware corporation;<br>KERR-McGEE WORLDWIDE CORPORATION,<br>a Delaware corporation; and<br>KERR-McGEE CORPORATION,<br>f/k/a Kerr-McGee HoldCo, a Delaware<br>corporation, | Scott Barker<br>Gregory Goldberg<br>Danielle Voorhees |
|     Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Jury Trial Day Two

**9:10 a.m.      Court in session.**

Also present: Plaintiff Bobby Maxwell and Defendant Client Representative Andy
Houser.

**ORDER:**    Relator's Unopposed Motion to Allow an Over-Sized Exhibit **(184)** is **granted.**

**Witness for plaintiffs: BOBBY MAXWELL:**
9:24 a.m.      Continued direct examination by Mr. Porter.

**10:38 a.m.   Court in recess.**
**10:54 a.m.   Court in session.**

10:56 a.m.     Continued direct examination of Mr. Maxwell by Mr. Porter.
               Witness accepted as an expert in the areas of crude oil price; marketing of crude oil; interpretation and application of federal oil and gas leases; federal oil and gas regulations; and evaluation federal royalty reports comply with lease term or the federal oil and gas regulations.

**12:06 p.m.   Court in recess.**
**1:24 p.m.    Court in session.**

1:26 p.m.      Continued direct examination of Mr. Maxwell by Mr. Porter.
1:32 p.m.      Cross-examination by Mr. Barker.
2:22 p.m.      Redirect examination by Mr. Porter.
**Exhibits received:** 128 pg 78, 126, 125A, 326.
**2:26 p.m.    Witness excused.**

**Witness for the plaintiffs: SHAWNIE MALONE:** *(via deposition)*

**3:05 p.m.    Court in recess.**
**3:23 p.m.    Court in session.**

**Witness sworn for the plaintiffs: PETER ASHTON:**
3:27 p.m.      Direct examination by Mr. Porter.
               Witness accepted as an expert in the areas of crude oil pricing; the marketing of crude oil; the interpretation and application of federal oil and gas leases; federal and oil gas regulations; and evaluations of whether a federal royalty report complies with the lease terms or the federal oil and gas regulations.
4:39 p.m.      Cross-examination by Mr. Goldberg.
4:58 p.m.      Redirect examination by Mr. Porter.
**Exhibits received:** 157, 158, 159.
**5:02 p.m.    Witness excused.**

**ORDER:**      Jurors excused with direction to return January 18, 2007, at 9:00 a.m.

**5:10 p.m.      Court in recess/hearing continued.**

Total in-court time: 6:08.