IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
BOBBY MAXWELL,

    Plaintiffs,

v.

KERR-McGEE OIL & GAS CORPORATION, a Delaware corporation,

    Defendant.

---

## ORDER SETTING HEARING

---

The Court will hold a hearing regarding the contents of the judgment to be entered in this matter on **Friday, March 23, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.

IT IS ORDERED that relator shall file in writing his position as to the contents of the judgment <u>no later than February 13, 2007</u>, and the government may set forth in writing any position it wishes to take on such issues by that same date. Such filing on behalf of relator shall address the amount of damages in light of the jury's verdict, as well as interest and civil penalties, if any. Defendant shall file its response by <u>February 28, 2007</u>, with any reply by relator to be filed by <u>March 9, 2007</u>. No judgment has been or will be entered prior to the hearing.

    DATED: January 24, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge