**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez

Date: March 1, 2007

Civil Action No. 04-cv-01224-PSF-CBS

*Parties:*

UNITED STATES *ex rel.*
BOBBY L. MAXWELL,

    Plaintiff,

v.

KERR-MCGEE OIL & GAS CORPORATION, a
Delaware Corporation,

    Defendants.

*Counsel:*

Michael Porter

Marie Yeates
Charles Tetrault
Scott Barker
Danielle Voorhees

_____

### COURTROOM MINUTES
_____

HEARING: Oral Argument

**2:25 p.m.     Court in session.**

Also present: Plaintiff Bobby Maxwell; defendant client representatives Debra Broussard and Tom Goresen; and William Edgar, Department of Justice.

Argument concerning the contents of the judgment to be entered and Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction **(214-2)**.

**3:55 p.m.     Court in recess.**
**4:09 p.m.     Court in session.**

Continued Argument.

**ORDER:**   Judgment and Defendant's Motion to Dismiss for Lack of Subject Matter jurisdiction **(214-2) taken under advisement.**

**DEADLINE:**

Counsel shall advise the Court within **seven days** of today's date whether or not there is a reasonable possibility of settlement.

**5:34 p.m.    Court in recess/hearing concluded.**

Total in-court time: 2:55