IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01224-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
BOBBY MAXWELL,

    Plaintiffs,

v.

KERR-McGEE OIL & GAS CORPORATION, a Delaware corporation,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    United States' Motion for Leave to File a Statement of Interest (Dkt. # 245) is GRANTED.

DATED:  May 18, 2007