IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01224-ZLW-CBS

UNITED STATES OF AMERICA, ex rel.
BOBBY L. MAXWELL,

    Plaintiffs,

v.

KERR-McGEE OIL & GAS CORPORATION,
a Delaware corporation,

    Defendant.

---

ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 18th day of February, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court