IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1224-JLK-CBS**

**UNITED STATES OF AMERICA,**
*ex rel.* **BOBBY L. MAXWELL**,

    Plaintiff,

v.

**KERR-McGEE OIL & GAS CORPORATION, a Delaware Corporation,**

    Defendant.

---

**ORDER**

---

Kane, J.

    Relator's Request for Approval and Entry of Judgment (Doc. 272) contravenes the spirit of his acquiescence in Kerr-McGee's Unopposed Motion for Briefing Schedule and Combined Hearing on Post-Verdict Motions (Doc. 268) and my Order that unopposed Motion (Doc. 271). We will adhere to the briefing schedule established in that Order, and hear the parties' competing claims regarding entitlement to judgment together after briefing is complete. Should the need arise, counsel are advised moreover that an order for entry of judgment and the judgment itself can be, if necessary and warranted, entered *nunc pro tunc*.

    Relator's Request (Motion) for Approval and Entry of Judgment (Doc. 272) is **DENIED** as **MOOT**.

Dated: March 9, 2009                                           **s/John L. Kane**
                                                                         SENIOR U.S. DISTRICT JUDGE