IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1224-JLK-CBS**

**UNITED STATES OF AMERICA,**
*ex rel.* **BOBBY L. MAXWELL**,

      Plaintiff,

v.

**KERR-McGEE OIL & GAS CORPORATION, a Delaware Corporation,**

      Defendant.

---

## ORDER OF RECUSAL

Kane, J.

      It now appears that there is a conflict of interest for me in this case, and therefore, I must

recuse. The Clerk of the Court is directed to re-assign the matter by random draw.

Dated: March 23, 2009          BY THE COURT:

                            *s/John L. Kane*
                            SENIOR U.S. DISTRICT JUDGE