IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 04-cv-01224-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   October 19, 2009 | Courtroom Deputy: Bernique Abiakam |

*Parties:*                                                                      *Counsel:*

UNITED STATES OF AMERICA, ex rel.
BOBBY L. MAXWELL,

     Plaintiff,

v.

KERR-MCGEE OIL & GAS CORPORATION, a Delaware corporation, et al.,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of counsel on behalf of the Interested Parties in the case: Andrew Wayne Volin and Elizabeth Chilcoat representing Richard C. Lafond, Interested Party; Michael J. Norton and Jennifer Michelle Osgood representing Charlotte N. Sweeney, Interested Party.

1:34 p.m.       Argument by Mr. Volin. Questions by the Court.

2:16 p.m.       Argument by Mr. Norton. Questions by the Court.

2:24 p.m.       Further argument by Mr. Volin. Questions by the Court.

2:43 p.m.       Further argument by Mr. Norton.

2:46 p.m.       Argument by Mr. La Fond.

*04-cv-01224-REB-CBS*
*Motions Hearing*
*October 19, 2009*

**2:56 p.m.**    **Court in recess.**

**3:05 p.m.**    **Court in session.**

3:06 p.m.    Statement by Mr. Volin.

Comments and rulings by the Court.

**ORDERED:   Motion To Strike Notice of Attorneys' Lien And For Sanctions (Filed 8/3/09; Doc. No. 298) is taken UNDER ADVISEMENT, pending State Court action.**

HEARING CONCLUDED.

**Court in recess**: 3:11 p.m.
Total time in court:    01:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.