IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01224-MSK-CBS

UNITED STATES OF AMERICA,
ex rel. BOBBY L. MAXWELL,

    Plaintiff/Relator,

v.

KERR-McGEE OIL & GAS CORPORATION, a Delaware Corporation,

    Defendant.

_____

**ORDER GRANTING STAY OF EXECUTION AND
APPROVAL OF SUPERSEDEAS BOND**
_____

    THIS MATTER comes before the Court on Defendant Kerr-McGee Oil & Gas Corporation's Unopposed Motion for Stay of Execution of Judgment and for Approval of Supersedeas Bond ("the Motion") **(#337)**. Having considered the unopposed Motion and having concluded that the Motion should be granted, the Court hereby

    **ORDERS** that Defendant Kerr-McGee Oil & Gas Corporation's Unopposed Motion to Stay Execution of Judgment and for Approval of Supersedeas Bond is **GRANTED**. Accordingly, the supersedeas bond posted by Defendant Kerr-McGee Oil & Gas Corporation is hereby approved. Further, all parties are hereby stayed from executing, or attempting to execute, on the Judgment entered in this case (#333) and from pursuing any proceedings to enforce the Judgment pending the conclusion of all appellate proceedings, including appellate proceedings to the U.S. Court of Appeals for the 10th Circuit and other appeals as the law may allow.

    DATED this 1st day of October, 2010.

                                 **BY THE COURT:**

                                 *Marcia S. Krieger*
                               _____

Marcia S. Krieger
United States District Judge