IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01224-MSK-CBS

UNITED STATES OF AMERICA,
ex rel. BOBBY L. MAXWELL,

    Plaintiff/Relator,

v.

KERR-McGEE OIL & GAS CORPORATION, a Delaware Corporation,

    Defendant.

_____

### ORDER GRANTING STAY OF EXECUTION AND APPROVING SUPPLEMENTAL SUPERSEDEAS BOND
_____

THIS MATTER comes before the Court on Defendant Kerr-McGee Oil & Gas Corporation's Unopposed Motion to Stay Execution on the Opinion and Order Granting, in Part, Application for Award of Attorneys' Fees, Expenses and Costs, and for Approval of Supplemental Supersedeas Bond ("the Motion") **(#368)**. Having considered the unopposed Motion and having concluded that the Motion should be granted, the Court hereby

**ORDERS** that Defendant Kerr-McGee Oil & Gas Corporation's Unopposed Motion to Stay Execution on the Opinion and Order Granting, in Part, Application for Award of Attorneys' Fees, Expenses and Costs, and for Approval of Supplemental Supersedeas Bond **(#368)** is **GRANTED**. Accordingly, the supplemental supersedeas bond posted by Defendant Kerr-McGee Oil & Gas Corporation is hereby approved. Further, all parties are hereby stayed from executing, or attempting to execute, the Court's Opinion and Order Granting, in Part, Application for Award of Attorneys' Fees, Expenses and Costs ("the Attorneys' Fees Order") **(#359)**, and from pursuing any proceedings to enforce the Attorneys' Fees Order pending the

conclusion of all appellate proceedings, including appellate proceedings to the U.S. Court of Appeals for the 10th Circuit and other appeals as the law may allow.

DATED this 15th day of July, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge